```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF ARKANSAS
                    EL DORADO DIVISION
```

BILLY G. JACKSON                                          Plaintiff

    v.                Case No. 06-1030

LINDA S. McMAHON[1]
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION                                   Defendant

## **J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED AND ADJUDGED this 12th day of February 2007.

                                          /s/ Robert T. Dawson
                                          HONORABLE ROBERT T. DAWSON
                                          UNITED STATES DISTRICT JUDGE

---

[1] Linda S. McMahon became the Social Security Commissioner on January 20, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon has been substituted for acting Commissioner Jo Anne B. Barnhart as defendant in this suit.